UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BRAULT, | ) Case No. 06cv2039- IEG (BLM) |
| Plaintiff, | ) **ORDER FINDING EARLY NEUTRAL** |
| v. | ) **EVALUATION CONFERENCE** |
| MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1 to 50, inclusive, | ) **INAPPROPRIATE** |
| Defendants. | ) |

    Due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation, see Doc. No. 1, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See CivLR 16.1(c) (instructing that the "judicial officer shall hold [] conferences as he or she deems appropriate").

Dated: October 3, 2006

                                          BARBARA L. MAJOR
                                          United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL